# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Toll Brothers builders, Hockessin )
LP, Michael Brown, Timothy J. )
Hoban, Michael Klein, )
            )
         Petitioners, )
      v. )    C.A. No. N24M-06-136
            )
Frederick Williams, )
            )
         Respondent. )

Date Submitted: August 1, 2024
Date Decided: August 7, 2024

## ORDER

**AND NOW TO WIT**, this    7th    day of <u>August</u>, 2024, the Court having considered Respondent's Motion for Recusal,[1] the relevant case law, and the record,

**IT APPEARS THAT**:

1. Respondent argues this judge should recuse herself because she dismissed his case,[2] "showed no regards for the facts of the case," and discriminated against him because of his race.[3]

2. When faced with a claim of personal prejudice of the judge, the judge is required to engage in a two-part analysis:

> First, [s]he must, as a matter of subjective belief, be

---

[1] Mot. for Recusal of the Honorable Jan R. Jurden, Trans. ID 73965517 (Aug. 6, 2024) ("Motion").
[2] Respondent is referring to Case No. N22C-12-122-JRJ. *See* July 13, 2023 Order, Trans. ID 70377281 (Jul. 13, 2023).
[3] Motion.

satisfied that [s]he can proceed to hear the cause free of bias or prejudice concerning that party. Second, even if the judge believes that [s]he has no bias, situations may arise where, actual bias aside, there is an appearance of bias sufficient to cause doubt as to the judge's impartiality.[4]

3. With regard to the subjective test, this judge is satisfied she can proceed to hear the pending motion for sanctions against Respondent free of any bias or prejudice against him. This judge bears no ill will and harbors no animosity toward Respondent.

4. With regard to the objective test, the Delaware Supreme Court has ruled that a judge is not required to recuse herself because of adverse rulings in the same or prior proceedings.[5]

**WHEREFORE**, the Respondent's Motion for Recusal is **DENIED**.


    /s/ Jan R. Jurden
    Jan R. Jurden, President Judge


Original to Prothonotary:

cc:    Anthony N. Delcollo, Esq.
       Frederick Williams

---

[4] *Los v. Los*, 595 A.2d, 381, 384-85 (Del. Supr. 1991).
[5] *Id.* at 385.